FILED

NOV 20 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 13-30271-DRH |
| ) | |
| vs. ) | |
| ) | Title 18 |
| JANE JOHANNA EMILY, ) | United States Code |
| a/k/a JANE MOELLER, ) | Sections 1702, 1703 and 1709 |
| ) | |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

### Obstruction of Mail

On or about March 15, 2013, in or around East St. Louis, in St. Clair County, within the Southern District of Illinois,

**JANE JOHANNA EMILY, a/k/a JANE MOELLER,**

defendant, an employee of the United States Postal Service, did take mail out of a post office before it was delivered to the person to whom it was addressed, and acted knowingly: to wit, she took an Express Mail parcel out of the post office, in violation of Title 18, United States Code, Section 1702.

1

## COUNT 2

### Theft of Mail by Postal Employee

On or about March 15, 2013, in or around East St. Louis, in St. Clair County, within the Southern District of Illinois,

**JANE JOHANNA EMILY, a/k/a JANE MOELLER,**

defendant, an employee of the United States Postal Service, did embezzle an article of mail entrusted to her and which came in her possession intended to be conveyed by mail, and did steal with the intent to convert to her own use: to wit, she embezzled an Express Mail parcel and converted the contents for her personal use, in violation of Title 18, United States Code, Section 1709.

## COUNT 3

### Opening of Mail

On or about April 19, 2013, in or around East St. Louis, in St. Clair County, within the Southern District of Illinois,

**JANE JOHANNA EMILY, a/k/a JANE MOELLER,**

defendant, an employee of the United States Postal Service, did unlawfully open a package entrusted to her that was intended to be conveyed by mail: to wit, she opened an Express Mail parcel that was intended to be conveyed by mail, in violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL

F█████████████

_____
STEPHEN R. WIGGINTON
United States Attorney
Southern District of Illinois

_____
WILLIAM E. COONAN
Assistant United States Attorney


Recommended Bond: $10,000 unsecured bond