IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

APR 2 2 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> JANE JOHANNA EMILY,  ) <br> ) <br> Defendant.  ) | No. 13-cr-30271-DRH |

## STIPULATION OF FACTS

The attorney for the United States and the attorney for the Defendant have engaged in discussions and have stipulated to the following facts to support the plea of guilty in accordance with U.S.S.G. § 6B1.4.

1. **JANE JOHANNA EMILY**, during all relevant times, worked as a Customer Service Supervisor at the East Saint Louis Post Office, which is located in St. Clair County within the Southern District of Illinois.

### Count 1 - Obstruction of Mail

### Count 2 - Theft of Mail by Postal Employee

2. On March 15, 2013, in East Saint Louis, in St. Clair County, **JANE JOHANNA EMILY**, as an employee of the United States Postal Service, did take mail out of a post office before it was delivered to the person to whom it was addressed, and acted knowingly when she took an Express Mail parcel out of the post office, in violation of Title 18, United States Code, Section 1702.

3. Specifically, on March 15, 2013, a customer residing on St. Margaret Street, East St. Louis, IL called the East St. Louis Post Office to ask about a parcel that he was

1

expecting. Although the tracking information said that notice was left at 10:41 a.m., the customer stated that he had been home all day and the parcel was never delivered. An employee asked Emily two separate times if she knew about the parcel, and Emily responded both times that she did not. That night, after the parcel had still not been located, another employee found the parcel in Emily's office. The Postmaster instructed them to make a photocopy of the parcel and put it back in Emily's office. When an employee came to work on March 18, 2013, she discovered that the parcel was no longer in Emily's office, but the Track and Confirm showed no change in the status of the parcel. The carrier on the route never received the parcel from Emily, and it was never delivered. An employee had already been suspicious of Emily due to a similar incident when a customer called inquiring about a parcel that had been scanned "Undeliverable." Emily had been the one to sign for the package, and although she said that she put it on the loading dock to be sent back to the sender, the parcel was never located.

### Count 3 - Opening of Mail

4. On April 19, 2013, in East Saint Louis, in St. Clair County, **JANE JOHANNA EMILY**, as an employee of the United States Postal Service, did unlawfully open a package entrusted to her that was intended to be conveyed by mail when she opened an Express Mail parcel that was intended to be conveyed by mail, in violation of Title 18, United States Code, Section 1703(a).

5. Specifically, on April 18, 2013, a special agent with the USPS-OIG placed six bags of coffee into the bottom of an Express Mail parcel that had several layers of clear box tape over the seams of the box. On April 19, 2013, an Express Mail driver gave the parcel to Emily. After she received it, she placed it next to her desk. She then received a phone call on her cell phone. She was observed walking with the Express Mail parcel away from her desk and down a

2

hallway. When she reappeared, she no longer had the parcel. While Emily responded to an accident scene, the special agent met with the Postmaster and attempted to search for the parcel, but the search was unsuccessful. After Emily returned from the accident scene, she was observed walking towards the exit carrying the Express Mail parcel, and then she put it in a delivery van and departed the building. After making an unexpected U-turn and heading to Sauget, Emily was stopped by the special agent. The special agent asked her a number of questions, but she denied stealing the parcel, saying she was just going to deliver it herself. When special agent picked up the parcel, the bottom appeared to be loose, and it looked the parcel was cut open in two spots. The special agent read Emily her *Miranda* rights, and then asked to search her purse. ~~She agreed, and~~ the agents discovered a letter opener/knife inside her purse. Emily agreed to be questioned after signing a *Miranda* Rights form. She denied stealing any mail, and stated that she took the package out of the post office to give it to a postal carrier. At some point, she said it would be unnecessary for her to find the carrier, so she decided to drive to see if any packages needed to be picked up, although it was not a part of her usual duties. Emily said she was planning on delivering the parcel. When asked why the parcel had been cut open, she claimed that she had sharp fingernails and that they must have punctured the parcel. She denied cutting the parcel open.

**IT IS SO STIPULATED.**

JANE JOHANNA EMILY
Defendant

THOMAS C. GABEL
Attorney for Defendant

Date:  4-22- , 2014

UNITED STATES OF AMERICA
Plaintiff

WILLIAM E. COONAN
Assistant United States Attorney

Date:  4-22 , 2014

3