**FILED**

APR 22 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 13-30271-DRH |
| JANE JOHANNA EMILY, | ) |
| Defendant. | ) |

## ORDER MODIFYING CONDITIONS of BOND

**WILLIAMS, Magistrate Judge:**

The conditions of pre-trial release for defendant Jane Johanna Emily are modified as follows:

Participate in available medical, psychological, or psychiatric treatment, as deemed necessary.

Address all outstanding warrants in Jefferson County, Missouri.

**IT IS SO ORDERED.**

**DATED: April 22, 2014**

s/ Stephen C. Williams
STEPHEN C. WILLIAMS
UNITED STATES MAGISTRATE JUDGE